UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JOHN ROCA,

                  Plaintiff,

    -against-

NUBAI VENTURES LLC,

                 Defendant.

------------------------------------x



ORDER

19 Civ. 5343 (GBD) (JLC)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within ninety (90) days of this Order.

Dated: New York, New York
       December 13, 2019

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      United States District Judge